396 A.2d 843

Sasso, Appellant, v. Rotellini et al.

Argued October 24, 1978.

Wray G. Zelt, III, for appellant; Robert L. Ceisler, for appellees.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.